Law Offices of Hadley & Fraulob
230 Fifth Street
Marysville, CA  95901
(530) 743-4458

JOSEPH FRAULOB – State Bar #194355
Attorney for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Reth Dim,<br><br>      Plaintiff,<br><br>v.<br><br>Commissioner of Social Security<br><br>      Defendant. | Civil Action No: 2:19-cv-02570-AC<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE MOTION FOR SUMMARY JUDGMENT** |

IT IS HEREBY STIPULATED between the undersigned attorneys that Plaintiff is granted an extension of thirty days, through Monday, June 1, 2020, to file the Motion for Summary Judgment.

IT IS HEREBY NOTED that this is plaintiff's first extension requested.

Dated:  04/30/2020                                  / s / Joseph Fraulob
                                                                 Joseph Fraulob
                                                                 Attorney for Plaintiff

Dated:  04/30/2020                                  / s / Ellinor Coder
                                                                 Ellinor Coder
                                                                 Special Assistant U.S. Attorney
                                                                 Attorney for Defendant

IT IS ORDERED.

Date: 05/01/2020

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE