McGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL, CSBN 230138
Regional Chief Counsel, Region IX
Social Security Administration
ELLINOR R. CODER, CSBN 258258
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8955
    Facsimile: (415) 744-0134
    E-Mail: Ellinor.Coder@ssa.gov
Attorneys for Defendant

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**SACRAMENTO DIVISION**

| | |
|---|---|
| RETH DIM, <br><br> Plaintiff, <br><br> vs. <br> ANDREW SAUL, <br> Commissioner of Social Security, <br><br> Defendant. | Case No.: 2:19-cv-02570-AC <br><br> STIPULATION AND [~~PROPOSED~~] ORDER FOR AN EXTENSION OF TIME |

    Pending the Court's approval, IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that the time for Defendant to respond to Plaintiff's Motion for Summary Judgment be extended thirty (30) days from July 31, 2020, up to and including August 31, 2020. This is Defendant's first extension and the parties' third, as the Court previously granted two stipulations to extend Plaintiff's time to file a merits brief (Dkt. 13-16).

    Defendant requests additional time to consider the 2,029 page administrative record and Plaintiff's brief. The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

|   |   |
|---|---|
| | Respectfully submitted, |
| Dated:  July 30, 2020 | /s/  *Joseph C. Fraulob* |
| | (*as authorized via e-mail on July 30, 2020) |
| | JOSEPH C. FRAULOB |
| | Attorney for Plaintiff |
| DATED: July 30, 2020 | McGREGOR W. SCOTT |
| | United States Attorney |
| | DEBORAH LEE STACHEL |
| | Regional Chief Counsel, Region IX |
| | Social Security Administration |
| By: | /s/  *Ellinor R. Coder* |
| | ELLINOR R. CODER |
| | Special Assistant U.S. Attorney |
| | Attorneys for Defendant |

## **ORDER**

Pursuant to the parties' stipulation, IT IS SO ORDERED that Defendant shall have an extension, up to and including August 31, 2020, to respond to Plaintiff's Motion for Summary Judgment.

DATED: July 31, 2020

/s/ Allison Claire
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE