HADLEY & FRAULOB
A Professional Law Corporation
230 Fifth Street
Marysville, CA 95901
(916) 743-4458
FAX (530) 743-5008

JOSEPH C. FRAULOB – CA State Bar #194355
Attorney For Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| RETH DIM, | |
|---|---|
| Plaintiff, | CIV. NO. 2:19-CV-02570-AC |
| vs. | STIPULATION FOR AWARD OF EAJA FEES |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

  IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, and with the approval of the Court as provided below, that Plaintiff be awarded attorney fees under the Equal Access To Justice Act (EAJA) 28 U.S.C. 2412(d), in the amount of four thousand, six hundred and eighty-eight dollars and sixty-seven cents ($4688.67). This amount represents compensation for all legal services rendered on behalf of Plaintiff by his counsel in connection with this civil action, in accordance with 28 U.S.C. 2412(d).

  After the Court issues an order for EAJA fees to Plaintiff, the government will consider the matter of Plaintiff's assignment of EAJA fees to Plaintiff's attorney.  Pursuant to Astrue v. Ratliff, 130 S.Ct. 2521 (U.S. June 14, 2010), the ability to honor the assignment will depend on whether the fees are subject to any offset allowed under the United States Department of the Treasury's Offset Program.  After the order to EAJA fees is entered, the government will determine if it is subject to any offset.

  Fees and costs shall be made payable to Plaintiff, but if the Department of the Treasury determines that Plaintiff does not owe a federal debt, then the government shall cause the

payment of fees and costs to be made directly to Plaintiff's counsel Joseph C. Fraulob, pursuant to the written assignment executed by Plaintiff. Any payments shall be delivered to Plaintiff's counsel Joseph C. Fraulob.

     This stipulation constitutes a compromise settlement of Plaintiff's request for EAJA attorney fees and does not constitute an admission of liability on the part of Defendant under the EAJA. Payment of the agreed amount shall constitute a complete release from, and bar to, any and all claims that Plaintiff and/or Plaintiff's counsel may have relating to EAJA attorney fees and/or costs in connection with this action.

DATE: September 3, 2020   By /s/ *Joseph C. Fraulob*
JOSEPH C. FRAULOB
Attorney for plaintiff

DATE: September 3, 2020   McGREGOR W. SCOTT
United States Attorney

DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration

By */s/ Ellinor R. Coder*
(*authorized via e-mail on September 3, 2020)
ELLINOR R. CODER
Special Assistant U.S. Attorney

Attorneys for Defendant

ORDER

APPROVED AND SO ORDERED

DATED: September 8, 2020

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE